## No. 948.

### ELIZABETH F. BAILEY, TUTRIX, VS. DAVID WARD.

Full ownership consists of three rights, — *usus, fructus,* and *abusus,* — and each may be vested in a different person. All are real rights, and are movable or immovable according to the nature of the property.

A right to the use and occupancy of land does not necessarily or by implication imply any right of ownership therein, and may be proved by parol. So, parol testimony is admissible to prove the understanding or agreement under which one built a dwelling on another's land, and the purposes for which it was built, and the circumstances under which one commenced to occupy the same, and the mutual understanding as to the continuance of that occupancy.

APPEAL from the District Court for Union.    LEWIS, J.

*Ramsey* for Plaintiff.

SPENCER, J., delivered the opinion remanding the case.

## No. 925.

### H. LA BAUM VS. DAVID JOHNSON.

Where a contract was entered into whereby one agreed to make certain payments at stated times, and upon the completion of all of them was to become the owner of certain land, but failing to make some of them was to be simply a tenant without right to purchase; *held,* that the simple failure to pay, without any formal putting in default, did not entail the loss of all the rights acquired in consequence of previous payments, nor forfeit the right to become the owner by making the last and final payments stipulated in the contract.

APPEAL from the District Court for Ouachita.    PARSONS, J.

*Richardson & Richardson* for Plaintiff.    *R. Ray* for Defendant Appellant.

WHITE, J., delivered the opinion reversing the judgment.